IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DANIEL Z. CROWE, LAWRENCE K. PETERSON, and OREGON CIVIL LIBERTIES ATTORNEYS**,<br><br>        Plaintiffs,<br><br>     v.<br><br>**OREGON STATE BAR, OREGON STATE BAR BOARD OF GOVERNORS, VANESSA A. NORDYKE, CHRISTINE CONSTANTINO, HELEN HIERSCHBIEL, KEITH PALEVSKY, and AMBER HOLLISTER**,<br><br>        Defendants. | Case No. 3:18-cv-2139-JR<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's Order,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 24th day of May, 2019.

                                            /s/ *Michael H. Simon*
                                            Michael H. Simon
                                            United States District Judge