**MILITARY DISABILITY LAWYER, LLC**
Luke Miller (#175051)
1567 Edgewater St. NW
PMB 43
Salem, OR  97304
1-800-392-5682
luke@militarydisabilitylawyer.com

**Scharf-Norton Center for
Constitutional Litigation at the
GOLDWATER INSTITUTE**
Jacob Huebert (Appearing *pro hac vice*)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DANIEL Z. CROWE; OREGON CIVIL LIBERTIES ATTORNEYS; and LAWRENCE K. PETERSON, | Case No.  3:18-cv-02139-JR |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES** |
| v. | |
| STATE BAR OF OREGON, | |
| Defendant, | |

MOTION TO EXTEND DEADLINES - 1

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs Daniel Z. Crowe, Oregon Civil Liberties Attorneys, and Lawrence K. Peterson respectfully request a 90-day extension of time for the following deadlines:

1) Deadline to file Joint ADR Report currently scheduled for October 12, 2021, which would be extended to January 10, 2022;

2) Deadline to complete fact discovery currently scheduled for October 12, 2021, which would be extended to January 10, 2022;

3) Deadline for dispositive motions currently scheduled for November 12, 2021, which would be extended to February 10, 2022;

4) Deadline for Pretrial Order currently scheduled for December 12, 2021 (or 30 days after a ruling on dispositive motions, whichever is later), which would be extended to March 12, 2022 (or 30 days after a ruling on dispositive motions, whichever is later).

Plaintiffs seek extension of these deadlines due to Defendants' production of 163,096 pages of documents on October 5, 2021. The review and analysis of these documents will take significant time and effort by Plaintiffs' counsel. Plaintiff may then need to make follow-up discovery requests or conduct depositions. This extension is not requested for purposes of delay and will not cause prejudice to any party.

The undersigned attorney for Plaintiffs conferred with Defendants' counsel regarding this motion, and Defendants' counsel confirmed that Defendants do not oppose this motion. This is the first extension of time for completion of discovery that Plaintiff has requested.

Plaintiffs therefore respectfully request a 90-day extension of time for the above-referenced deadlines to ensure that the discovery can be properly reviewed and analyzed before discovery closes and the parties file dispositive motions.

**RESPECTFULLY SUBMITTED** this 8th day of October, 2021 by:

/s/ *Jacob Huebert*

Jacob Huebert (Appearing *pro hac vice*)
**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**

*Attorneys for Plaintiff*

MOTION TO EXTEND DEADLINES - 3

## CERTIFICATE OF SERVICE

Document Electronically Filed and Served by ECF this 8th day of October 2021

to:

Elisa J. Dozono
General Counsel's Office
P.O. Box 231935
Tigard, OR 97281-1935
edozonoesq@gmail.com

Steven M. Wilker
Paul M. Balmer
**TONKON TORP LLP**
888 SW Fifth Avenue, Ste. 1600
Portland, OR 97204
Steven.wilker@tonkon.com
Paul.balmer@tonkon.com

W. Michael Gillette
**SCHWABE, WILLIAMSON & WYATT**
1211 SW Fifth Avenue, Ste. 1900
Portland, OR 97204
wmgillette@schwabe.com

Megan Houlihan
**STOLL STOLL BERNE LOKTING & SHLACHTER PC**
209 SW Oak St., Ste. 500
Portland, OR 97204
mhoulihan@stollberne.com

*Attorneys for Defendants*

        /s/ *Kris Schlott*
        Kris Schlott, Paralegal
        **Scharf-Norton Center for Constitutional Litigation**
        **at the GOLDWATER INSTITUTE**