**MILITARY DISABILITY LAWYER, LLC**
Luke Miller (#175051)
1567 Edgewater Street NW PMB 43
Salem, Oregon 97304
(800) 392-5682
luke@millerbradleylaw.com
office@millerbradleylaw.com

**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
Scott Day Freeman (Appearing *pro hac vice*)
Adam C. Shelton (Appearing *pro hac vice*)
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DANIEL Z. CROWE; OREGON CIVIL LIBERTIES ATTORNEYS; and LAWRENCE K. PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF OREGON, et al.<br><br>Defendants, | Case No. 3:18-cv-02139-SI<br><br>**EIGHTH JOINT STATUS REPORT REGARDING FILING OF PETITION FOR WRIT OF CERTIORARI TO UNITED STATES SUPREME COURT** |

EIGHTH JOINT STATUS REPORT - 1

This action is on remand from the Ninth Circuit Court of Appeals, following that court's decision in *Crowe v. Oregon State Bar*, 112 F.4th 1218 (9th Cir. 2024), and is before this Court for further proceedings. *Id.* at 1240.

On June 30, 2025, the United States Supreme Court denied Plaintiffs' Petition for Writ of Certiorari. After denial of the Petition, the parties began discussions regarding an appropriate form of remedy. The parties filed their Third Joint Status Report with this Court on July 14, 2025 [Doc.115], requesting additional time to pursue those discussions. The Court granted the request, requiring the parties to "file either another joint status report by August 4, 2025, or a joint proposed case management schedule." [Doc. 116].

On July 31, 2025, the parties filed their Fourth Joint Status Report [Doc. 117] updating the Court on the status of negotiations, which by then included a proposal regarding the appropriate form of remedy but did not include a proposed resolution of Plaintiffs' claim for attorney's fees and costs, something necessary for a complete resolution. The Court granted the request for additional time and ordered the parties to "file another joint status report by September 3, 2025." [Doc. 118]. On August 27, 2025, the parties filed their Fifth Joint Status Report [Doc. 119], informing the Court that Plaintiffs have provided Defendants with their claim for attorney's fees and costs, but the parties need additional time to confer regarding a possible resolution. On October 1, 2025, the parties filed their Sixth Joint Status Report [Doc. 121], informing the Court that they needed additional time to confer on a possible resolution. The Court filed its Scheduling Order requiring the parties to submit a joint status report by October 24, 2025 [Doc. 122]. On October 24, 2025, the parties filed their Seventh Joint Status Report [Doc. 123], informing the Court that they need additional time to confer on a possible resolution. The Court filed its Scheduling Order [Doc. 124] requiring the parties to submit a joint status report by November 24, 2025.

Since filing the Seventh Joint Status Report, the parties have resolved Plaintiffs' claim for attorney's fees and costs and believe they are close to finalizing a proposed

EIGHTH JOINT STATUS REPORT - 2

form of judgment to resolve all remaining issues in this case. The parties expect to file the proposed form of final judgment by December 24, 2025, or will provide a further update to the Court at that time.

      **RESPECTFULLY SUBMITTED** this 21st day of November 2025,

/s/ *Scott Day Freeman*
Scott Day Freeman (Appearing *pro hac vice*)
Adam C. Shelton (Appearing *pro hac vice*)
**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**

Luke D. Miller (#175051)
**MILITARY DISABILITY LAWYER, LLC**

*Attorneys for Plaintiffs*

/s/ *Kristin Asai* (w/permission)
Kristin Asai
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Kristin.asai@hklaw.com

Steven M. Wilker
Paul M. Balmer
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
Steven.wilker@tonkon.com
Paul.balmer@tonkon.com

W. Michael Gillette
**SCHWABE, WILLIAMSON & WYATT**
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
wmgillette@schwabe.com

*Attorneys for Defendants*

EIGHTH JOINT STATUS REPORT - 3

# CERTIFICATE OF SERVICE

Document Electronically Filed and Served by ECF this 21st day of November 2025 to:

Kristin Asai
**HOLLAND & KNIGHT LLP**
601 SW Second Ave., Ste. 1800
Portland, OR  97204
Kristin.asai@hklaw.com

Steven M. Wilker
Paul M. Balmer
**TONKON TORP LLP**
888 SW Fifth Avenue, Ste. 1600
Portland, OR  97204
Steven.wilker@tonkon.com
Paul.balmer@tonkon.com

W. Michael Gillette
**SCHWABE, WILLIAMSON & WYATT**
1211 SW Fifth Avenue, Ste. 1900
Portland, OR  97204
wmgillette@schwabe.com

*Attorneys for Defendants*

                            /s/ *Kris Schlott*
                            Kris Schlott, Paralegal
                            **Scharf-Norton Center for Constitutional Litigation**
                            **at the GOLDWATER INSTITUTE**